NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mark Erickson (Cal Bar No. 104403)
mark.erickson@haynesboone.com
Andrea Levenson (Cal. Bar No. 323926)
andrea.levenson@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000

ATTORNEY(S) FOR: Defendant ECA Marketing, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RYAN ODOM,

Plaintiff(s),

v.

ECA MARKETING, INC.

Defendant(s)

CASE NUMBER:

5:20-cv-00851 JGB (SHK)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, ECA Marketing, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NFP Insurance Services, Inc. | Parent Company |

09/17/2020
Date

/s/Andrea Levenson
Signature

Attorney of record for (or name of party appearing in pro per):

ECA Marketing, Inc.