Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Alan Gudino, Esq. (SBN: 326738)
alan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Ryan Odom

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Odom, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECA Marketing, Inc.,<br><br>Defendant. | Case No.: 5:20-cv-00851-JGB-SHK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:    June 7, 2021<br>Time:   9:00 AM<br>Ctrm:   1<br><br>Hon. Jesus G. Bernal |



1     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that Plaintiff Ryan Odom ("Plaintiff") will and
3 hereby moves for preliminary approval of a proposed class action settlement and
4 certification of settlement class, pursuant to Fed. R. Civ. P. 23, on June 7, 2021 at
5 9:00 AM, at the U.S. District Courthouse, 3470 Twelfth Street, Riverside, California,
6 92501, in Courtroom 1.

7     This Motion is based on this Notice, the Memorandum of Points and
8 Authorities, the Declarations and Exhibits thereto, the Complaint, Answer, the
9 complete files and records in this action, and any evidence that may be presented at
10 the hearing.

11 Date: April 30, 2021                                   **KAZEROUNI LAW GROUP, APC**

                                                                 By: *s/ Abbas Kazerounian*
                                                                     Abbas Kazerounian, Esq.
                                                                     *Attorneys for Plaintiff*